THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAPHAEL GOLB, Appellant.

Submitted February 24, 2014; decided March 27, 2014

Motion by National Association of Criminal Defense Lawyers et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DAVID RIVERA, Respondent.

Submitted December 16, 2013; decided March 27, 2014

Motion to strike appellant's brief and portions of appellant's appendix denied.